**Jarvis T. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76017.**

Missouri Court of Appeals, Western District.

April 8, 2014.

**730**

Jeannie Willibey, Assistant Appellate Defender, Kansas City, MO, for appellant.

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Jarvis T. Williams appeals the motion court's denial, following an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Because we find that the motion court did not clearly err, we affirm the denial of Williams's Rule 29.15 motion for post-conviction relief. Rule 84.16(b).